

**Stephen P. Norman, Esquire**
**30838 Vines Creek Road; Unit 3**
**Dagsboro, DE  19939**
**Phone: 302-537-3788**
**Fax: 302-732-3045**

July 18, 2018

Chief Judge Leonard P. Stark
United States District Court
District of Delaware
J. Caleb Boggs Federal Building
844 North King Street; Unit 26; Room 6124
Wilmington, DE  19801-3555

      RE:    Sego v. Pini – <u>C.A. No.: 16-01006-LPS</u>
                  *The Norman Law Firm's Motion to Withdraw as Counsel for Plaintiff (DI 24)*

Dear Your Honor:

      Pursuant to the attached certified mail receipt, Glenn A. Sego, Jr. received the notification that the above-referenced motion has been filed.  Plaintiff's counsel respectfully request that a hearing be arranged, to the extent the Court deems such necessary, to hear Plaintiff's counsel's motion.  Plaintiff's counsel will alert Glenn A. Sego, Jr. as to the date, time, and location of the hearing by way of certified mail as well as Glenn A. Sego, Jr.'s right to attend such hearing.

                  Respectfully submitted,

                  */s/ Stephen P. Norman, Esquire*
                  Stephen P. Norman, Esquire, Bar No. 4620



