IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GLENN A. SEGO, JR., | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civ. No. 16-1006-LPS |
| | : | |
| AMANDA PINI, et al., | : | |
| | : | |
| Defendants. | : | |

## SHOW CAUSE ORDER

At Wilmington this 5th day of ~~October~~ November, 2018;

WHEREAS, Defendant removed this action on October 28, 2016;

WHEREAS, more than three months having passed since Plaintiff took any action in this case, Plaintiff's last action having occurred on July 23, 2018, when he received notice of his deposition and Plaintiff having failed to appear for his deposition, or respond to Defendants' motion for summary judgment and motion for sanctions (*see* D.I. 29, 35);

THEREFORE, IT IS ORDERED that:

On or before November 30, 2018, Plaintiff shall show cause why this case should not be dismissed for failure to prosecute, pursuant to D. Del. LR 41.1.

_____
HONORABLE LEONARD P. STARK
UNITED STATES DISTRICT JUDGE